October 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

NANA C. GRAHAM, Appellant

NO. 14-11-01095-CV                    V.

DANNY JOE GRAHAM, Appellee

_____

      This cause, an appeal from a clarifying order signed November 21, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant Nana C. Graham to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.